UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 08475
   JEFFREY D PISKE
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
      Debtor
   SSN XXX-XX-9865
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/04/04 and confirmed on 06/18/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 21600.00 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GE CAPITAL | SECURED VEHIC | 4790.00 | 1291.80 | 4790.00 |
| INTERNAL REVENUE SERVICE | SECURED | 2845.40 | .00 | 2845.40 |
| BANK ONE | UNSECURED | 9697.56 | .00 | 1533.20 |
| SEARS | UNSECURED | NOT FILED | .00 | .00 |
| METROPOLITAN CASUALTY IN | UNSECURED | 51474.09 | .00 | 8138.16 |
| GMAC PAYMENT CENTER | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1535.00 | .00 | 242.69 |
| GE CAPITAL | UNSECURED | 2717.00 | .00 | 429.56 |

Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7635.40 | .00 | 65423.65 | .00 | 73059.05 |
| PRINCIPAL PAID | 7635.40 | .00 | 10343.61 | .00 | 17979.01 |
| INTEREST PAID | 1291.80 | .00 | .00 | .00 | 1291.80 |
| TOTAL PAID | 8927.20 | .00 | 10343.61 | .00 | 19270.81 |

The Debtor's attorney, BRADLEY COVEY              , was allowed $   2200.00
and was paid $    806.00  direct and $   1394.00  through the plan.

The Trustee received $    935.19 .

Refunds to the Debtor totaled $         .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 08/19/08                    /S/
                               GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 08475 JEFFREY D PISKE